In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-038 CR


____________________



DONALD RAY RHODES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 1A District Court


Tyler County, Texas


Trial Cause No. 9973






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Donald Ray Rhodes, to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 STEVE MCKEITHEN

 Chief Justice


Opinion Delivered July 27, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.